**[This opinion has been published in *Ohio Official Reports* at 78 Ohio St.3d 133.]**

THE STATE OF OHIO, APPELLANT, *v*. ARBAUGH, APPELLEE.

[Cite as *State v. Arbaugh*, 1997-Ohio-226.]

*Criminal law—Operating motor vehicle while under the influence of alcohol— Evidence—Chemical test to determine intoxication not rendered inadmissible by failure to advise accused of statutory right to another test provided by R.C. 4511.19(D)(3).*

(No. 96-2736—Submitted March 4, 1997—Decided April 9, 1997.)

APPEAL from the Court of Appeals for Richland County, No. 96 CA 4.

————————————

*Robert L. Konstam*, Mansfield Law Director, and *David L. Remy*, Assistant Law Director, for appellant.

————————————

{¶ 1} The discretionary appeal is allowed.

{¶ 2} The judgment of the court of appeals is reversed on the authority of *Hilliard v. Elfrink* (1996), 77 Ohio St.3d 155, 672 N.E.2d 166. The cause is remanded to the court of appeals for that court to address appellant's remaining assignment of error, which was found to be moot.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

————————————